UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 07-20097-CR-GOLD

                Plaintiff,

VS.

BOBBY WASHINGTON,

                Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

      This matter is before this Court pursuant to the defendant's motion to suppress all items seized, filed May 25, 2007.  On May 29, 2007 the instant motion was referred to Chief Magistrate Judge Ted E. Bandstra for appropriate proceedings pursuant to 28 U.S.C. §636(b).

      On June 19, 2007 Chief Magistrate Judge Bandstra conducted an evidentiary hearing and on June 22, 2007 he issued an Report and Recommendation which recommends that the defendant's motion to suppress all items seized [DE 22] be denied.

      The parties were afforded ten (10) days from the date of service of the Report and Recommendation within which to file written objections, if any, for consideration by the undersigned.  Further review of the docket sheet reveals that no objection has been filed.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that the Chief Magistrate Judge's Report and Recommendation [DE 34] is hereby affirmed and adopted.  It is further

      **ORDERED AND ADJUDGED** that the defendant's motion to suppress [DE 22] is hereby **denied**.

      **DONE AND ORDERED** at Miami, Florida, this _____1st._____ day of October, 2007.

                                                UNITED STATES DISTRICT JUDGE
                                                ALAN S. GOLD

cc:    Chief Magistrate Judge Ted E. Bandstra
       AUSA Michael E. Gilfarb
       AFPD Daniel Ecarius